**In re The Marriage of William James LANCASTER, Appellant,**

v.

**Carolyn Sue LANCASTER, Respondent.**

**No. WD 42481.**

Missouri Court of Appeals,
Western District.

Aug. 21, 1990.

W.C. Pevestorff, Jr., Independence, for William James Lancaster.

Carolyn S. Lancaster, Kansas City, pro se.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from portion of dissolution of marriage decree awarding maintenance to respondent.

Judgment affirmed. Rule 84.16(b).